IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                    No. CIV S-11-1442 MCE CKD

     vs.

NINA BICH THY THUY NGUYEN,

      Defendant.               <u>ORDER</u>

_____/

        Default was entered against defendant on August 24, 2011.  Defendant now moves to set aside the default, contending that a letter was sent to the court on August 17, 2011 which defendant intended as the answer to the complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. The motion to set aside default (dkt. no. 11) is granted;

        2. The Clerk's entry of default (dkt. no. 10) is vacated;

        3. The court construes defendant's letter, dated August 17, 2011, as defendant's

/////

/////

/////

/////

1

1 | answer to the complaint.  The Clerk of Court is directed to docket as an answer the August 17,
2 | 2011 letter (dkt. no. 11, pages 2-5).

  Dated: September 6, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
johnson-nguyen.def

2