IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,               No. CIV S-11-1442 MCE CKD

    vs.

NINA BICH THY THUY NGUYEN,

    Defendant.             ORDER

_____/

      Default was entered against defendant on August 24, 2011. Defendant now moves to set aside the default, contending that a letter was sent to the court on August 17, 2011 which defendant intended as the answer to the complaint. Good cause appearing, IT IS HEREBY ORDERED that:

      1. The motion to set aside default (dkt. no. 11) is granted;

      2. The Clerk's entry of default (dkt. no. 10) is vacated;

      3. The court construes defendant's letter, dated August 17, 2011, as defendant's

/////

/////

/////

/////

1

1 | answer to the complaint. The Clerk of Court is directed to docket as an answer the August 17,
2 | 2011 letter (dkt. no. 11, pages 2-5).

3 | Dated: September 6, 2011

4 | _____
5 | CAROLYN K. DELANEY
  | UNITED STATES MAGISTRATE JUDGE

7 | 4
  | johnson-nguyen.def